**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6945**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARVIN BAILEY, a/k/a Head, a/k/a Larry
Anderson,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. Elizabeth V. Hallanan,
Senior District Judge. (CR-96-191, CA-00-156-2)

_____

Submitted: February 21, 2002          Decided: March 27, 2002

_____

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Clayton Reed Kaeiser, Miami, Florida, for Appellant. Michael Lee
Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marvin Bailey seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Bailey, Nos. CR-96-191; CA-00-156-2 (S.D.W. Va. Mar. 16 & May 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2